

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2014

No. 04-14-00577-CV

**IN THE INTEREST OF J.J.C., A.C., JE.J.C.,** Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02118
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The reporter's record was due August 14, 2014, but was not filed. The court reporter is reminded that, by statute, this appeal is accelerated, and is to take precedence over other matters. TEX. FAM. CODE ANN. § 109.002(a) (West 2014).

We **ORDER** David R. Zarate, the court reporter, to file the reporter's record on or before **September 4, 2014**. The reporter is reminded that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights. With regard to the appellate record, appellate courts may not grant more than 30 days *cumulatively* with regard to extensions of time for the reporter's record in a termination appeal. TEX. R. APP. P. 28.4(b)(2).

We further order the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court. The order is being served on the trial court because pursuant to Rule 28.4(b) of the Texas Rules of Appellate Procedure, the trial court is required to direct the responsible reporter to immediately commence the preparation of the record once an appeal is filed, and if necessary, arrange for a substitute reporter to allow the responsible reporter to complete the record relating to the termination. TEX. R. APP. P. 28.4(b)(1).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court